FILED

2026 Jul-10  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

FRANK TRAMMELL,                          ]

    **Plaintiff,**                          ]

v.                                       ]    **Case No. 2:26-cv-562-ACA**

ENERBANK/REGIONS,                        ]

    **Defendant.**                          ]

## MEMORANDUM OPINION

After Plaintiff Frank Trammell failed to comply with the magistrate judge's order to replead his complaint and file a motion to leave *in forma pauperis* or a filing fee, the court ordered him to show cause why the court should not dismiss this action for failure to prosecute and failure to comply with a court order. (Docs. 3, 4, 6). Mr. Trammell filed two documents which he calls "trust notice response," but these documents are not responsive to the court's orders. (*See* docs. 8, 9). Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute and failure to comply with a court order.

    **DONE** and **ORDERED** this July 10, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE